# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

MISHAEL BELCHER

*Defendant(s)*

Case No. 14-1803 TJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 19, 2013__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Autumn Brown, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 12, 2014

_____
*Judge's signature*

City and state: Baltimore, MD

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Special Agent (SA) Autumn Brown of the Federal Bureau of Investigation (FBI), being duly sworn, states and deposes as follows:

## PURPOSE OF THE AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for **MISHAEL BELCHER**, for violations of Title 18, United States Code, Section 922(g)(1)(possession of a firearm by a felon).

## AGENT BACKGROUND

2. Your affiant is an FBI Special Agent currently assigned to the Maryland Joint Violent Crime/Fugitive Task Force, and as such I am responsible for investigating violent crimes, including bank robberies. I have been employed by the FBI since April 2006 and during that time I attended the New Agents' Training at the FBI Academy in Quantico, Virginia.

3. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with authority to execute warrants issued under the authority of the United States.

4. Your affiant personally participated in the investigation of the offenses referred to in this affidavit and has witnessed many of the facts and circumstances underlying this investigation. In addition, the statements contained in this affidavit are based in part on information and reports provided by Detectives of the Baltimore County Police Department, official documents and reports reviewed in furtherance of the investigation, and on my experience and background as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable

1

cause to believe that **MISHAEL BELCHER** committed the violations of Title 18, United States Code, Section 922(g)(1)(possession of a firearm by a felon).

## PROBABLE CAUSE

5. On October 7, 2013, a search warrant was executed at 1640 Waverly Way, Baltimore, Maryland. A Samsung Galaxy III cellular phone was recovered during the search. Examination of the cellular phone (SGH-T999 Galaxy S III / IMSI 310260548678867) revealed multiple pictures of weapons and persons posing with weapons. Two of the pictures are attached hereto.

6. There were two texts sent from this device on April 19, 2013 to an individual named "HK." The text messages were sent on the same day the pictures were taken. "HK" has been identified in the attached pictures as **MISHAEL BELCHER** by an individual interviewed by your Affiant. **BELCHER** has a distinctive heart tattoo located on his face under his right eye that is visible in the attached pictures.

7. Your affiant submits that it is **BELCHER** in the attached pictures holding the two weapons. Specifically, the facial tattoo and nose are consistent with photographs of BELCHER taken at the time of his arrest in 2013 in Baltimore City, which pictures are also attached hereto. **BELCHER** is currently charged with the following offenses in Baltimore City: attempted first degree murder, attempted second degree murder, assault in the first degree, assault in the second degree, handgun on person, firearm use in a felony/violent crime, and reckless endangerment.

8. **BELCHER** was identified in the attached pictures, holding two different firearms, by an individual whose information has proved credible.

9. Specifically, the first picture shows **BELCHER** holding a "New Frontier Armory LLC" model "LW-15" semi-automatic rifle bearing serial number NLV07493. The second picture shows **BELCHER** holding a 12 Gauge "Mossberg" model "500A" pump action shotgun bearing

serial number L056378. The pictures were taken with the above-referenced Samsung Galaxy S III Smartphone on April 19, 2013.

10. Law enforcement officers recovered both of these weapons on April 30, 2013. Specifically, they were abandoned on the side of the road in Baltimore County. A green "Rosedale Coin" laundry bag and green latex gloves were also recovered in close proximity to the weapons. The green Rosedale laundry bag is also visible in the attached photographs and BELCHER is wearing green latex gloves. The weapons were recovered in close proximity to an Olive Garden located at 8245 Perry Hall Boulevard, White Marsh, Maryland shortly after an attempted robbery on the parking lot of that business.

11. The weapons in the picture being held by BELCHER and the weapons located abandoned on the side of the road in Baltimore County share unique modifications that lead your Affiant to believe the weapons are the same. Specifically, the shotgun has a pistol grip and a mounted flashlight. The pressure plate on the flashlight of the shotgun is visible in the photograph and on the recovered weapon. The rifle has a collapsible stock and an aftermarket receiver grip. The branding located on the bolt and under the front sight is consistent with the rifle pictured and recovered.

12. The above-described weapons were examined by a Baltimore County Firearms Technician from the Firearms Identification Unit / Forensic Services Section. The examination revealed that both are firearms in that they were able to expel a projectile by means of an explosive. Further, your Affiant has been advised that neither firearm was manufactured in the State of Maryland.

13. The Bureau of Alcohol, Tobacco, Firearms and Explosives confirmed "New Frontier Armory LLC" model "LW-15" semi-automatic rifles are distributed through the company's

3

location in Las Vegas, Nevada and that Mossberg model "500A" pump action shotguns are manufactured in Connecticut.

14. **MISHAEL BELCHER** has been convicted of at least one offense punishable by imprisonment exceeding one year, to wit: CDS possession and second degree assault in Maryland in 2010.

## CONCLUSION

15. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that **MISHAEL BELCHER** committed the aforementioned violation of Title 18, United States Code, Section 922(g)(1)(possession of a firearm by a felon).

Respectfully submitted,

_____
Special Agent Autumn Brown
Federal Bureau of Investigation

Subscribed and sworn to before me on August 12, 2014.

_____
TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

4



